IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN BURTNETT, | } | Civil Action 1:11-cv-1543 |
| Plaintiff, | } } } | JUDGE: SARA LIOI |
| v. | } } | |
| PROFESSIONAL RECOVERY SERVICES, INC., | } } } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS  16th  day of September 2011.

_____
Judge Sara Lioi
United States District Judge